AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

T.A.G. COATINGS, CORP.

Case: 1:07-cv-01147
Assigned To : Kennedy, Henry H.
Assign. Date : 6/26/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

T.A.G. COATINGS, CORP.
d/b/a TAG Coating Corporation
2601 North Sherman Drive
Indianapolis, IN 46218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN 26 2007

CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                  *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of District of Columbia

Case Number: 1:07-CV-01147

Plaintiff:
**International Painters and Allied Trades Industry Pension Fund**
vs.
Defendant:
**T.A.G. Coatings, Corp.**

Received by Legal Errands, Inc. on the 19th day of July, 2007 at 9:03 am to be served on **T.A.G. Coatings, Corp., 2601 N. Sherman Drive, Indianapolis, IN 46218**.

I, Pamela J. Conley, being duly sworn, depose and say that on the **20th day of July, 2007** at **8:23 am, I:**

SERVED the within named **CORPORATION** by delivering a true copy of the **Summons and Complaint** to Tom Green Sr. as President of the within named corporation, at the aforementioned address.

**Description** of Person Served:  Age: 57,  Sex: M,  Race/Skin Color: Cauc,  Height: 6;'1",  Weight: 250,  Hair: Gray, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 20th day of July, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**NANCY BOTBYL**
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County
My Commission Expires Jul. 18, 2009

Pamela J. Conley
Process Server

Legal Errands, Inc.
1313 Race St.
Philadelphia, PA  19107
(866) 877-3783

Our Job Serial Number: 2007004422
Ref: Jennings Sigmund

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t