PDF Complete. Click Here & Upgrade Expanded Features Unlimited Pages

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff | ) CIVIL ACTION NO. 07-01147(HHK) |
| v. | ) ) |
| T.A.G. COATINGS, CORP.<br>  d/b/a TAG Coatings Corporation | ) ) ) |
| Defendant | ) |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff, by its counsel, submits this Motion to Dismiss without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and requests permission to file for leave to re-open the case within 120 days for good cause.

In support, the Plaintiff states:

1. The lawsuit in this case was filed on June 27, 2007 and served on July 20, 2007.

2. Defendant's Answer was due on August 9, 2007.

3. Plaintiff has worked closely with Defendant to resolve this matter and the parties have negotiated a tentative settlement.

4. In an effort to resolve this matter without further litigation, Plaintiff seeks to dismiss this case without prejudice.

5. Plaintiff also seeks permission to file for leave to re-open this case in the event the settlement negotiations fail.

WHEREFORE, Plaintiff asks that the Court enter the attached order and grant such other

or further relief as may be just, necessary or appropriate.

                                                Respectfully submitted,

                                                JENNINGS SIGMOND, P.C.

                                    BY:  /s/ Sanford G. Rosenthal
                                        SANFORD G. ROSENTHAL
                                        Bar No. 478737
                                        PHILIP A. LOZANO
                                        The Penn Mutual Towers, 16th Floor
                                        510 Walnut Street, Independence Square
                                        Philadelphia, PA 19106-3683
                                        (215) 351-0611/0669

                                        Attorneys for the Fund

Dated: August 17, 2007

# CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Plaintiff's Motion to Dismiss and Order Of Dismissal was served by mailing same first class mail, postage prepaid, on the date listed below to:

T.A.G. Coatings, Corp. d/b/a TAG Coatings Corporation
2601 N. Sherman Drive
Indianapolis, IN  46218

Date: August 17, 2007                    /s/ Sanford G. Rosenthal_____
                                             SANFORD G. ROSENTHAL

**The foregoing pleadings have been filed with the Court electronically and are available for viewing and downloading from the ECF system.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br>                 Plaintiff ) <br> v.                         ) <br> ) <br> T.A.G. COATINGS, CORP. ) <br>    d/b/a TAG Coatings Corporation ) <br> ) <br>                 Defendant ) | CIVIL ACTION NO. 07-01147(HHK) |

## ORDER OF DISMISSAL

It having been reported that the issues between the parties in the above action have been settled and upon Order of the Court, it is

**ORDERED** that the above action is **DISMISSED** without prejudice, with permission to seek leave of the Court to re-open the matter within 120 days in the event settlement negotiations fail.

BY THE COURT

_____
HENRY H. KENNEDY,    J.

Dated: _____

186983-1