UNITED STATES DISTRICT COURT
FOR TH DISTRICT OF COLUMBIA

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,**

    Plaintiff,

v.

**T.A.G. COATINGS, CORP.**
    D/b/a TAG Coatings Corporation,

    Defendant.

Civil Action 07-01147 (HHK)

ORDER OF DISMISSAL

It having been reported that the issues between the parties in the above action have been settled and upon order of the court, it is

**ORDERED** that the above action is **DISMISSED** without prejudice, with permission to seek leave of the Court to re-open the matter within 120 days in the event settlement negotiations fail.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge

Dated: August 22, 2007